B6B (Official Form 6B) (12/07)

In re **Jeffrey D. Osterhout,**
**Veronica Osterhout**
,
Debtors

Case No. __**14-20962**__

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account: America First Credit Union** | H | 44.43 |
| | | | **Checking Account: Southwest Airlines Employees FCU** | J | 228.88 |
| | | | **Savings Account #316: Cyprus Federal Credit Union** | H | 14.71 |
| | | | **Certificate Accts #564-5: America First Credit Union** | H | 10.21 |
| | | | **Checking Account #316: Cyprus Federal Credit Union** | H | 231.35 |
| | | | **L53 Overdraft #316: Cyprus Federal Credit Union** | H | 477.01 |
| | | | **Savings Account #9019: Goldenwest Credit Union** | H | 16,249.52 |
| | | | **Checking Account #9019: Goldenwest Credit Union** | H | 919.37 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Stove $100, Refrigerator $100, Dishwasher $50, Microwave $25, Washer $25, Dryer $25**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 325.00 |
| | | | **Living room furnishings $300, Television $400, Stereo $200, DVD player $25, Computer $50, Printer $20, Smart phones $100, iPad $200**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 1,295.00 |
| | | | **Dining room furnishings**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 25.00 |
| | | | | Sub-Total > (Total of this page) | **19,820.48** |

__**4**__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeffrey D. Osterhout,**
**Veronica Osterhout**
                                                                                                , 
Debtors

Case No. **14-20962**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Bedroom furnishings**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **DVDs**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 100.00 |
| 6. Wearing apparel. | | **Clothing**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 600.00 |
| 7. Furs and jewelry. | | **Jewelry and wedding rings**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Glock-23 $400, MKS $50, Model 88 $75, Camera $25, OCDP/AAX Drums $2,200,**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 2,750.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401 (K) Plan: Vanguard** | H | 27,260.00 |
| | | **401k through JP Morgan Chase** | W | 100,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Final Touch Investment Group LLC; 20% ownership** | W | 0.00 |
| | | | Sub-Total ><br>(Total of this page) | 133,010.00 |

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeffrey D. Osterhout,** Case No. **14-20962**
**Veronica Osterhout**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeffrey D. Osterhout,**
**Veronica Osterhout**
_____,
Debtors

Case No. **14-20962**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 GMC Yukon** **Mileage: 250,000** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 1,670.00 |
| | | **2004 Infinity G35** **Mileage: 225,000** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 3,725.00 |
| | | **2006 KTM 525 Motorcycle** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 2,530.00 |
| | | **2006 Yamaha AR210 Boat and trailer** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 19,440.00 |
| | | **2012 Polaris RZ RXP RTV** | J | 13,375.00 |
| | | **2001 Subaru Outback** **179,000 miles** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 2,750.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 Dogs** **Location: 1205 West 1045 South, Clearfield UT 84015** | J | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **43,490.00**
(Total of this page)

Sheet **3** of **4** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Jeffrey D. Osterhout,**
**Veronica Osterhout**
_____,
Debtors

Case No. **14-20962**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **BBQ Grill $50, Tools: Mechanic $150, Carpentry $50, Lawn and garden $50**<br>**Location: 1205 West 1045 South, Clearfield UT 84015** | J | 300.00 |

Sub-Total >     **300.00**
(Total of this page)

Total >     **196,620.48**

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)